*Central School,* 533 U.S. 98 (2001).

No. 01–176. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA *v.* TEXTRON FINANCIAL CORP. Ct. App. Cal., 4th App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cooper Industries, Inc.* v. *Leatherman Tool Group, Inc.*, 532 U.S. 424 (2001).

No. 01–5518. MULAZIM *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–5519. MCREYNOLDS *v.* LITTLE FLOWER CHILDREN'S SERVICES ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–5934. WASHINGTON *v.* MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir.; and
No. 01–5935. WASHINGTON *v.* SOCIAL SECURITY ADMINISTRATION, LAKE CHARLES OFFICE, ET AL. C. A. 5th Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2188. IN RE DISBARMENT OF TIDWELL. Motion for reconsideration of order of disbarment [532 U. S. 1050] denied.

No. 01M16. MANESS *v.* FULLER ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 00–1514. RAYGOR ET AL. *v.* REGENTS OF THE UNIVERSITY OF MINNESOTA ET AL. Sup. Ct. Minn. [Certiorari granted, 532 U. S. 1065.] Motion of the United States to intervene granted.